**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KRISTY FORRESTER,<br><br>            *Plaintiff*,<br><br>v.<br><br>VEHO TECH, INC.,<br><br>            *Defendants*. | Civil Action No. 1:23-CV-01919-TWT-WEJ |

**JOINT STIPULATION FOR**
**VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kristy Forrester ("Plaintiff") and Defendant Veho Technologies, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of the above-captioned action in its entirety with prejudice. *See Anago Franchising, Inc. v. Shaz LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012) ("[W]e find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection becomes self-executing and dismisses the case upon its becoming effective.").

2

Stipulated and agreed:

| | |
|---|---|
| */s/ Ianna O. Richardson* | */s/ Jacqueline E. Kalk* |
| Ianna O. Richardson | Jacqueline E. Kalk |
| Georgia Bar No. 655153 | Georgia Bar No. 406238 |
| ianna@justiceatwork.com | jkalk@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 80 South, 8th Street |
| BARRETT & FARAHANY | Suite 1300 |
| P.O. Box 530092 | Minneapolis, MN  55402-2136 |
| Atlanta, GA  30353 | |
| Telephone: 404.876.8100 | Pierre-Joseph Noebes |
| | Georgia Bar No. 537216 |
| *Attorney for Plaintiff* | pnoebes@littler.com |
| *Kristy Forrester* | LITTLER MENDELSON, P.C. |
| | 3424 Peachtree Road N.E., Suite 1200 |
| | Atlanta, GA  30326.1127 |
| | Telephone:  404.233.0330 |
| | Facsimile:   404.233.2361 |

*Attorneys for Defendant*
*Veho Technologies, Inc.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned hereby certifies that this pleading complies with the font requirements of Local Rule 5.1C because this document has been prepared in Times New Roman, 14-point type.

*/s/ Jacqueline E. Kalk*
Jacqueline E. Kalk
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

KRISTY FORRESTER,

       *Plaintiff,*

v.

VEHO TECH, INC.,

       *Defendants*.

Civil Action No. 1:23-CV-01919-TWT-WEJ

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I electronically filed the foregoing **Joint Stipulation of Voluntary Dismissal with Prejudice** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Ianna O. Richardson
BARRETT & FARAHANY
P.O. Box 530092
Atlanta, GA  30353
ianna@justiceatwork.com

*/s/ Jacqueline E. Kalk*
Jacqueline E. Kalk
Attorney for Defendant

4